# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Inman, Dennis H. | Eastern District of Tennessee | 07/16/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

James H. Quillen U.S.Courthous
220 West Depot St., Suite 306
Greeneville, Tennessee 37743

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (uncompensated and no personal control of assets) | Boys and Girls Club, Morristown, Inc. |
| 2. | Trustee (uncompensated) | Trust #1 (See Section VII, Lines 66-94) |
| 3. | Trustee (uncompensated) | Boys & Girls Club Foundation of Morristown, Inc. |
| 4. | Executor | Estate #1 (See Section VII, Lines 95-114) |
| 5. | Executor | Estate #2 (See Section VII, Lines 115-134) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | State of Tennesssee Retirement Benefit | $20,400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank, Morristown, TN checking acct | A | Interest | K | T | | | | | |
| 2. Wells Fargo Custodian Met Life Var. Ann. IRA | | None | M | T | | | | | |
| 3. Fidelity Adviser Series VII - mutual fund | B | Dividend | J | T | | | | | |
| 4. MetLife Variable Annuity | | None | L | T | | | | | |
| 5. Metlife Variable Annuity | | None | L | T | | | | | |
| 6. Wells Fargo, Custodian, MetLife Var. Ann. IRA | | None | K | T | Buy | 11/22/11 | J | | |
| 7. Fidelity Adviser Series VII mutual fund ) | B | Dividend | J | T | | | | | |
| 8. Lowes Companies, Inc. | A | Dividend | J | T | | | | | |
| 9. Lowes Companies, Inc. | A | Dividend | J | T | | | | | |
| 10. Regions Bank, Morristown, Savings Acct. | A | Interest | K | T | | | | | |
| 11. Rental House, Hamblen County, Tenn. | C | Rent | J | W | | | | | |
| 12. Mutual Fund: Russell Commodity Strtgs | A | Dividend | J | T | Sold (part) | 04/25/11 | J | A | |
| 13. Mutual Fund: Russell Emerging Markets (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 14. Mutual Fund: Russell Real Est. Sec. FD | A | Dividend | J | T | Sold (part) | 04/27/11 | J | A | |
| 15. Mutual Fund: Russell Global Equity (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 16. Mutual Fund: Russell Global Equity | A | Dividend | J | T | Sold (part) | 04/27/11 | J | | |
| 17. Mutual Fund: Russell US Core Equity | A | Dividend | J | T | Sold (part) | 04/25/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Fund: Russell US Core Equity | A | Dividend | J | T | Sold (part) | 04/27/11 | J | | |
| 19. Mutual Fund: Russell Small Mid Corp | A | Dividend | J | T | Sold (part) | 04/25/11 | J | | |
| 20. Mutual Fund: Russell Int'l Dev. Mkts (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 21. Mutual Fund: Russell Int'l Dev. Mkts | A | Dividend | J | T | Sold (part) | 04/27/11 | J | | |
| 22. Mutual Fund: Russell US quant Eqty | A | Dividend | J | T | Sold (part) | 04/25/11 | J | | |
| 23. Mutual Fund: Russell US quant Eqty | A | Dividend | J | T | Sold (part) | 04/27/11 | J | | |
| 24. Mutual Fund: Russell Strategic Bond (X) | A | Dividend | K | T | Buy | 03/29/11 | J | | |
| 25. Mutual Fund: Russell Strategic Bond | A | Dividend | K | T | Sold (part) | 04/27/11 | J | | |
| 26. Mutual Fund: Russell Strategic Bond | A | Dividend | K | T | Sold (part) | 07/08/11 | J | | |
| 27. Mutual Fund: Russell Global Infrastructure | A | Dividend | J | T | | | | | |
| 28. Mutual Fund: Russell Global Opportunistic | A | Dividend | J | T | | | | | |
| 29. Mutual Fund: Fidelity Advsr VII Tech Fund (X) | | None | | | Sold | 04/18/11 | J | | |
| 30. Mutual Fund: Russell Emerging Markets | A | Dividend | J | T | | | | | |
| 31. Mutual Fund: Russell Global Real Estate (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 32. Mutual Fund: Global Equity | A | Dividend | J | T | | | | | |
| 33. Mutual Fund: Russell US Core Equity (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 34. Mutual Fund: US Small Mid Cap (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mutual Fund: Russell Int'l Dev. Mkts | A | Dividend | K | T | | | | | |
| 36. Mutual Fund: Russell US Quant Equity (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 37. Mutual Fund: Russell Strategic Bond | A | Dividend | | | Sold | 04/27/11 | K | A | |
| 38. Mutual Fund: Global Infrastructure | A | Dividend | J | T | Buy | 04/27/11 | J | | |
| 39. Mutual Fund: Global Opportunistic | A | Dividend | J | T | Buy | 04/27/11 | J | | |
| 40. Mutual Fund: Russell Commodity Strtgs (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 41. Mutual Fund: Russell Commodity Strtgs | A | Dividend | J | T | Buy (add'l) | 04/28/11 | J | | |
| 42. Alcatel - Lucent ADR (X) | | None | J | T | | | | | |
| 43. Alcatel - Lucent ADR (spouse) (X) | | None | J | T | | | | | |
| 44. Wells Fargo Bank Money Mrkts ▨ (X) | A | Interest | J | T | | | | | |
| 45. Wells Fargo Bank Money Mrkts (X) | A | Interest | L | T | Buy | 03/29/11 | L | | |
| 46. Colgate - Palmolive common (X) | C | Dividend | M | T | Buy | 03/29/11 | M | | |
| 47. Duke Energy common | | None | K | T | Buy | 11/17/11 | K | | |
| 48. Johnson & Johnson common (X) | D | Dividend | N | T | Buy | 03/29/11 | M | | |
| 49. One Ok Partners LP (X) | A | Distribution | J | T | Buy | 03/29/11 | J | | |
| 50. Pepco Holdings common | A | Dividend | K | T | Buy | 11/17/11 | K | | |
| 51. Sysco Corp common (X) | A | Dividend | J | T | Buy | 11/17/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. The Southern Co. common | | None | K | T | Buy | 11/17/11 | K | | |
| 53. Bond - Metro Nashville Airport Auth Ser A (X) | | None | K | T | Buy | 03/29/11 | K | | |
| 54. Bond - TN St Ser A G/O (X) | | None | J | T | Buy | 03/29/11 | J | | |
| 55. Bond-Hallsdale-Powell Utlts Dis Knox Co. (X) | E | Interest | K | T | Buy | 03/29/11 | K | | |
| 56. Mutual Fund: Nuveen Equity Prem. Opp. (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 57. Mutual Fund: Nuveen Multi Strat Inc & Gr (X) | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 58. Mutual Fund: Amer. Fnds Balanced 529 | A | Dividend | K | T | | | | | |
| 59. Mutual Fund: Amer. Fnds Cap Inc Bldr 529 | A | Dividend | K | T | | | | | |
| 60. Mutual Fund: Amer. Fnds Fndmntl Inv 529 | A | Dividend | K | T | | | | | |
| 61. M/F: Amer Fnds Grwth Fnd of Amer 529 | A | Dividend | K | T | | | | | |
| 62. M/F: Amer Fnds Invstmnt Co of Amer 529 | A | Dividend | J | T | | | | | |
| 63. M/F: Amer. Fnds Cap Wrld Grwth 529 | A | Dividend | J | T | | | | | |
| 64. M/F: Amer Fnds Small Cap Wrld Gwth 529 | A | Dividend | K | T | | | | | |
| 65. M/F: Amer. Fnds Mutual Invs. Fnd 529 | A | Dividend | K | T | | | | | |
| 66. Nashville, TN. Municipal bonds | B | Interest | K | T | | | | | |
| 67. Colgate - Palmolive | C | Dividend | | | Sold | 07/12/11 | K | C | |
| 68. Johnson & Johnson | D | Dividend | | | Sold (part) | 07/12/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson & Johnson (X) | D | Dividend | | | Sold | 12/01/11 | J | C | |
| 70. One Ok Partners (X) | A | Distribution | J | T | | | | | |
| 71. Sysco Corp (X) | A | Dividend | J | T | | | | | |
| 72. Wells Fargo Money Mrkt (X) | A | Interest | K | T | | | | | |
| 73. Bond - TN St Ser A G/O Unltd B/E (X) | A | Interest | J | T | | | | | |
| 74. M/F: Thornburg Invstmnt Income Bldg (X) | B | Dividend | K | T | | | | | |
| 75. M/F: Nuveen Opportunity Fnd (X) | | None | | | Sold | 04/20/11 | J | | |
| 76. M/F: Nuveen Income & Growth Fund (X) | | None | | | Sold | 04/20/11 | J | | |
| 77. Bond-Metro Nshvll Arpt Auth TN Rev Imp (X) | B | Interest | | | Sold | 09/27/11 | K | | |
| 78. Bond-Hallsdal-Pwell Util Dis Knox Co (X) | A | Interest | | | Sold | 09/27/11 | K | | |
| 79. Nuveen Equity Prem Opp Fund | B | Dividend | K | T | | | | | |
| 80. Mutual Fund: Russell Emerging Mrkts | A | Dividend | J | T | | | | | |
| 81. Mutual Fund: Russell Global Real Est Sec | A | Dividend | J | T | | | | | |
| 82. Mutual Fund: Russell Global Equity | A | Dividend | J | T | | | | | |
| 83. Mutual Fund: Russell US Core Equity | A | Dividend | J | T | | | | | |
| 84. Mutual Fund: Russell Small Mid Corp | A | Dividend | J | T | | | | | |
| 85. Mutual Fund: Russell Intl Dev Mkts | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mutual Fund: Russell US Quant Eqty | A | Dividend | | | Sold (part) | 07/08/11 | J | | |
| 87. Mutual Fund: Russell US Quant Eqty | A | Dividend | | | Sold | 10/14/11 | J | | |
| 88. Mutual Fund: Russell Strategic Bond | B | Dividend | K | T | | | | | |
| 89. Bond: TN HSG Dev. Agency | B | Interest | K | T | | | | | |
| 90. Bond: Williamson Co TN Dist Sch G/O Unltd OID (X) | B | Interest | L | T | | | | | |
| 91. Knox TN Waste Wtr Sys Rev Impt Ser A (X) | C | Interest | L | T | | | | | |
| 92. Mutual Fund: Russell Global Opportnstic (X) | A | Interest | J | T | | | | | |
| 93. Mutual Fund: Russell Commodity Strtgs (X) | A | Interest | J | T | | | | | |
| 94. Mutual Fund: Russell Global Infrastructure (X) | A | Interest | J | T | | | | | |
| 95. Delhaize Group | A | Dividend | K | T | | | | | |
| 96. DuPont | C | Dividend | L | T | | | | | |
| 97. Microsoft | A | Dividend | J | T | | | | | |
| 98. One Ok Partners | D | Distribution | N | T | | | | | |
| 99. Tengasco | | None | J | T | | | | | |
| 100. Wells Fargo Co | A | Dividend | J | T | | | | | |
| 101. Werner Enterprises | A | Dividend | N | T | | | | | |
| 102. White Hs Utlty Dis TN Robertson Sumner Co | B | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Memphis-Shelby Co TN Memphis Arena Ser B | C | Interest | L | T | | | | | |
| 104. Hallsdale-Powell Utlty Dis Knox Co TN Wtr | B | Interest | K | T | | | | | |
| 105. TN HSG Dev Agc Homeownership | A | Interest | J | T | | | | | |
| 106. Memphis TN Gen-Impt Ser A G/O Util Bnd OID | B | Interest | L | T | | | | | |
| 107. Met Govt Nasvhille & Davidson Co TN Elec Ser A | C | Interest | L | T | | | | | |
| 108. Knox TN Waste Wtr Sys Rev Impt. Ser A | C | Interest | L | T | | | | | |
| 109. Mutual Fund: Amer. Fnds Balanced | B | Dividend | L | T | | | | | |
| 110. Mutual Fund: Amer Fnds Europacific Grwth | B | Dividend | M | T | | | | | |
| 111. M/F: Amer. Fnds Income Fnd of Amer | B | Dividend | L | T | | | | | |
| 112. M/F: Amer. Fnds New World Fnd | A | Dividend | L | T | | | | | |
| 113. M/F: Nuveen Equity Prem. Opp Fnd | C | Dividend | K | T | | | | | |
| 114. CBL & Assoc. Pptys 7.375% Callable | B | Dividend | K | T | | | | | |
| 115. Colgate - Palmolive | B | Dividend | | | Sold | 03/29/11 | N | | |
| 116. Johnson & Johnson | C | Dividend | | | Sold | 03/29/11 | N | | |
| 117. One Ok Partners LP | A | Distribution | | | Sold | 03/29/11 | J | | |
| 118. Sysco Corp | A | Dividend | | | Sold | 03/29/11 | J | | |
| 119. Bond: Metro Nashville Arp & Auth TN Ser A | | None | | | Sold | 03/29/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bond: Hallsdale-Powell Utlty Dis Knox Co | B | Interest | | | Sold | 03/29/11 | L | | |
| 121. Mutual Fund: Russell Commodity Strat | | None | | | Sold | 03/29/11 | J | | |
| 122. Mutual Fund: Russell Emerging Mkts | | None | | | Sold | 03/29/11 | J | | |
| 123. Mutual Fund: Russell Global Real Estate | | None | | | Sold | 03/29/11 | J | | |
| 124. Mutual Fund: Russell Global Equity | | None | | | Sold | 03/29/11 | J | | |
| 125. Mutual Fund: Russell US Core Equity | | None | | | Sold | 03/29/11 | J | | |
| 126. Mutual Fund: Russell US Small Mid Cap | | None | | | Sold | 03/29/11 | J | | |
| 127. Mutual Fund: Russell Intl Dvlpd Mrkts | | None | | | Sold | 03/29/11 | J | | |
| 128. Mutual Fund: Russell US Quant Equity | | None | | | Sold | 03/29/11 | J | | |
| 129. Mutual Fund: Strategic Bond | A | Dividend | | | Sold | 03/29/11 | K | | |
| 130. M/F: Nuveen Mutl Strtgy Income & Grwth | A | Dividend | | | Sold | 03/29/11 | J | | |
| 131. M/F: Nuveen Equity Premium Opprtnty | A | Dividend | | | Sold | 03/29/11 | J | | |
| 132. Municipal Trust Kemper Tax Exmpt Trst 25 | A | Interest | | | Sold | 03/22/11 | J | | |
| 133. Bond: TN St Ser A G/O | | None | | | Sold | 03/29/11 | K | | |
| 134. Wells Fargo Bank Money Market | A | Interest | | | Sold | 03/28/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Inman, Dennis H. | 07/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2011 the reporting person received by way of inheritance one half of line items 115-134 as appearing in Part VII. Because the term "inherited" was not a permitted acquisition term, the word "buy" has been used to describe the acquisition of those inherited investments.

In Part VII, page 4, line 1 of the 2010 report, "American Mutual Fund" was reported as a consolidated fund of investments, however, for 2011 each of the separate investments in the American Mutual Fund has been reported as individual investments and are listed in Part VII, page 7, lines 58-65.

In Part VII, page 5, line 19 of the 2010 report, "Fidelity Advisor Latin American Fund" was included in error and thus is not reflected on the 2011 report. That investment was sold on 5/15/2007 and at the time of sale it had a value code of "K" and a gain code of "D".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dennis H. Inman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544